UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HOLLY BONE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 3:21-CV-00555-X |
| | § | |
| DAN WYDE, DAVID TYLER MOSS, | § | |
| FIDELISSIMUS, LLC, GOOGLE LLC, | § | |
| and YOUTUBE, LLC, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF DISMISSAL OF GOOGLE LLC AND YOUTUBE LLC

COMES NOW Holly Bone, Plaintiff herein, and gives notice of her dismissal of Defendants Google LLC and YouTube LLC pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, *Plains Growers, Florists' Mutual Insurance v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (5th Cir. 1973)("we hold that plaintiff is entitled to a dismissal against one defendant under Rule 41(a), even though the action against another defendant would remain pending.")

Respectfully submitted

/s/   Eugene Zemp DuBose
Eugene Zemp DuBose
State Bar No. 06151975
DuBose Legal, PC
3816 Acapulco Court
Irving Texas 75062
*Mail*: Post Office Box 141476
Irving Texas 75014-1476
(214) 675 9022
Email: Gene@DuBoseLegalGroup.com

ATTORNEY FOR PLAINTIFF

Certificate of Service

The undersigned attorney hereby certifies that he served the attached document on counsel for all parties on April 29, 2021.

                                                        /s/   Eugene Zemp DuBose
                                                        Eugene Zemp DuBose