UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **HOLLY BONE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | **CASE NO. 3:21-CV-00555-X** |
| § | |
| **DAN WYDE, DAVID TYLER MOSS,** § | |
| **FIDELISSIMUS, LLC, GOOGLE LLC,** § | |
| **and YOUTUBE, LLC,** § | |
| § | |
| **Defendants.** § | |

**NOTICE OF DISMISSAL**

COMES NOW Holly Bone, Plaintiff herein, and gives notice of her dismissal of this suit pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted

        /s/    Eugene Zemp DuBose
Eugene Zemp DuBose
State Bar No. 06151975
DuBose Legal, PC
3816 Acapulco Court
Irving Texas 75062
*Mail*: Post Office Box 141476
Irving Texas 75014-1476
(214) 675 9022
Email: Gene@DuBoseLegalGroup.com

ATTORNEY FOR PLAINTIFF

Certificate of Service

  The undersigned attorney hereby certifies that he served the attached document on counsel for all parties on May 11, 2021.

                 /s/ Eugene Zemp DuBose
                 Eugene Zemp DuBose